

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of June, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

851 A.2d 858

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Christian Scott THOMAS, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.

Decided June 21, 2004.

Donald R. Totaro, Esq., Kelly M. Sekula, Esq., for Commonwealth of Pennsylvania.

Vincent J. Quinn, Esq., Harrisburg, for Christian Scott Thomas.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of June, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

---

851 A.2d 858

**Michael R. YANCEY, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 21, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of June, 2004, the order appealed is affirmed pursuant to *Franklin v. Pennsylvania Board of Probation and Parole,* 83 Pa.Cmwlth. 318, 476 A.2d 1026, (1984) and *Dinkins v. Dept. of Justice,* 105 Pa.Cmwlth. 282, 523 A.2d 1218 (1987).